AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JAMES P. STROHMEIER,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-cv-00234-KJD-VPC**

COLORADO ATTORNEY
GENERAL, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED.**


  February 11, 2008                                      **LANCE S. WILSON**
                                                                         Clerk

                                                             /s/ Daniel R. Morgan
                                                                  Deputy Clerk